ROBERT N. H. CHRISTMAS (pro hac vice admission pending)
rchristmas@nixonpeabody.com
KATE HARDY (pro hac vice admission pending)
khardy@nixonpeabody.com
NIXON PEABODY LLP
437 Madison Avenue, 18th Floor
New York, New York 10022
Telephone: (212) 940-3000
Facsimile: (212) 940-3111

LOUIS J. CISZ, III (State Bar No. 142060)
lcisz@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, California 94111-3600
Telephone: (415) 984-8200
Facsimile: (415) 984-8300

Attorneys for JOHN SHEAHAN AND IAN RUSSELL LOCK,
as Joint and Several Liquidators of
CEDENCO JV AUSTRALIA PTY LTD (A.C.N. 075 836 010) (In Liquidation)
SK FOODS AUSTRALIA PTY LTD (A.C.N. 099 245 735) (In Liquidation), and
SS FARMS AUSTRALIA PTY LTD. (A.C.N. 107 746 716) (In Liquidation)

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>CEDENCO JV AUSTRALIA PTY LTD<br>(A.C.N. 075 836 010) (In Liquidation),<br><br>Debtor in a Foreign Proceeding. | Case No. 10-35002<br><br>Chapter 15<br><br>**MOTION FOR ENTRY OF ORDER (1) GRANTING RECOGNITION OF AUSTRALIAN PROCEEDING AS FOREIGN PROCEEDING UNDER BANKRUPTCY CODE SECTION 1517; (2) RECOGNIZING AUSTRALIAN PROCEEDING AS A FOREIGN MAIN PROCEEDING UNDER BANKRUPTCY CODE SECTION 1517(b)(1); AND (3) CONFIRMING THAT AUTOMATIC STAY OF BANKRUPTCY CODE SECTION 362 IS APPLICABLE UNDER BANKRUPTCY CODE SECTION 1520(a)**<br><br>Date: January 21, 2011<br>Time: 10:00 a.m.<br>Location: 235 Pine Street, 23rd Floor<br>         San Francisco, CA 94104<br>Judge: Dennis Montali |

MOTION FOR RECOGNITION OF CHAPTER 15 PETITION      1

John Sheahan and Ian Russell Lock, in their capacity as joint and several liquidators ("Liquidators" or "Petitioners") and as duly authorized foreign representatives[1] of Cedenco JV Australia Pty Ltd. (in liquidation) (the "Debtor"), the above-captioned debtor in a foreign proceeding, by their United States counsel, hereby file this Motion requesting that the Court enter an order or orders granting the following relief:

1.  Granting the Verified Petition filed by the Administrators under Bankruptcy Code section 1515 and recognizing the Australian liquidation proceeding of the Debtor being conducted by the Liquidators (the "Australian Proceeding") as a "foreign proceeding" under Chapter 15 of the Bankruptcy Code.

2.  Recognizing the Australian Proceeding as a "foreign main proceeding," as defined in Bankruptcy Code sections 1502(4) and 1517(b)(1), alternatively, if the Court determines that the Australian Proceeding is not a "foreign main proceeding," recognizing the Australian Proceeding as a "foreign nonmain proceeding."

3.  Confirming that upon entry of the order recognizing the Australian Proceeding as a foreign main or nonmain proceeding, section 362 is applicable under section 1520 of the Bankruptcy Code.

///
///
///
///
///
///
///
///
///
///

---

[1]     As that term is defined in 11 U.S.C. § 101(24).

13278944.1

1       This Motion is based on the Verified Petition, the Memorandum of Points and Authorities, the

2  Declarations of Kate Hardy, Esq. and John Sheahan, and such further evidence and argument that

3  may be presented to the Court at or before the hearing on the Motion.

4  DATED:  December 23, 2010                NIXON PEABODY LLP

5

6                                  By:    */s/  Louis J. Cisz, III*
                                      ROBERT N. H. CHRISTMAS

7                                        LOUIS J. CISZ, III

8                                Attorneys for Petitioners JOHN SHEAHAN
                              AND IAN LOCK,

9                                as Joint and Several Liquidators of
                              CEDENCO JV AUSTRALIA PTY LTD,

10                                SK FOODS AUSTRALIA PTY, and
                              SS FARMS AUSTRALIA PTY LTD.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

13278944.1