1  ROBERT N. H. CHRISTMAS (pro hac vice admission pending)
   rchristmas@nixonpeabody.com
2  KATE HARDY (pro hac vice admission pending)
   khardy@nixonpeabody.com
3  NIXON PEABODY LLP
   437 Madison Avenue, 18th Floor
4  New York, New York 10022
   Telephone: (212) 940-3000
5  Facsimile: (212) 940-3111

6  LOUIS J. CISZ, III (State Bar No. 142060)
   lcisz@nixonpeabody.com
7  NIXON PEABODY LLP
   One Embarcadero Center, 18th Floor
8  San Francisco, California 94111-3600
   Telephone: (415) 984-8200
9  Facsimile: (415) 984-8300

10 Attorneys for JOHN SHEAHAN AND IAN RUSSELL LOCK,
   as Joint and Several Liquidators of
11 CEDENCO JV AUSTRALIA PTY LTD (A.C.N. 075 836 010) (In Liquidation)
   SK FOODS AUSTRALIA PTY LTD (A.C.N. 099 245 735) (In Liquidation), and
12 SS FARMS AUSTRALIA PTY LTD. (A.C.N. 107 746 716) (In Liquidation)

# UNITED STATES BANKRUPTCY COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>CEDENCO JV AUSTRALIA PTY LTD (A.C.N. 075 836 010) (In Liquidation),<br><br>Debtor in a Foreign Proceeding. | Case No. 10-35002<br><br>Chapter 15<br><br>**NOTICE OF MOTION FOR ENTRY OF ORDER (1) GRANTING RECOGNITION OF AUSTRALIAN PROCEEDING AS FOREIGN PROCEEDING UNDER BANKRUPTCY CODE SECTION 1517; (2) RECOGNIZING AUSTRALIAN PROCEEDING AS A FOREIGN MAIN PROCEEDING UNDER BANKRUPTCY CODE SECTION 1517(b)(1); AND (3) CONFIRMING THAT AUTOMATIC STAY OF BANKRUPTCY CODE SECTION 362 IS APPLICABLE UNDER BANKRUPTCY CODE SECTION 1520(a)**<br><br>Date: January 21, 2011<br>Time: 10:00 a.m.<br>Location: 235 Pine Street, 23rd Floor<br>  San Francisco, CA 94104<br>Judge: Dennis Montali |

TO THE UNITED STATES TRUSTEE AND ALL OTHER PARTIES IN INTEREST:

PLEASE TAKE NOTICE that on January 21, 2010, at 10:00 a.m. in the Courtroom of the Honorable Dennis Montali, U.S. Bankruptcy Court, 235 Pine Street, San Francisco, California 94104, [22nd] Floor, a hearing will be held on the motion of John Sheahan and Ian Russell Lock, in their capacity as joint and several liquidators ("Liquidators") of Cedenco JV Australia Pty Ltd. (in liquidation) (the "Debtor"), the above-captioned debtor in a foreign proceeding, by their United States counsel, for an order granting following relief:

1. Granting the Verified Petition filed by Administrators under Bankruptcy Code section 1515 and recognizing the Australian liquidation proceeding of Cedenco JV Australia Pty Ltd being conducted by the Liquidators (the "Australian Proceeding") as a "foreign proceeding" under chapter 15 of the Bankruptcy Code.

2. Recognizing the Australian Proceeding as a "foreign main proceeding," as defined in Bankruptcy Code sections 1502(4) and 1517(b)(1), alternatively, if the Court determines that the Australian Proceeding is not a "foreign main proceeding," recognizing the Australian Proceeding as a "foreign nonmain proceeding."

3. Confirming that upon entry of the order recognizing the Australian Proceeding as a foreign main or nonmain proceeding, section 362 is applicable under section 1520 of the Bankruptcy Code.

Pursuant to Local Rule 9014-1(c)(1), any opposition to the requested relief must be in writing and must be filed and served on counsel for the Liquidators on or before 14 days before the scheduled hearing date.

///
///
///
///
///
///

NOTICE OF HEARING RE: MOTION FOR RECOGNITION OF CHAPTER 15 PETITION

-2-

13279141.1

1 | DATED: December 23, 2010      NIXON PEABODY LLP

By:    */s/ Louis J. Cisz, III*
       ROBERT N. H. CHRISTMAS
       LOUIS J. CISZ, III

Attorneys for Petitioners JOHN SHEAHAN AND IAN RUSSELL LOCK,
as Joint and Several Liquidators of CEDENCO JV AUSTRALIA PTY LTD,
SK FOODS AUSTRALIA PTY LTD, and SS FARMS AUSTRALIA PTY LTD.